No. 84–261.   COMMODITY FUTURES TRADING COMMISSION *v.* WEINTRAUB ET AL.   C. A. 7th Cir.   [Certiorari granted, 469 U. S. 929.]   Motion of the Solicitor General to permit Bruce N. Kuhlik, Esquire, to present oral argument *pro hac vice* granted.

No. 84–363.   NORTHEAST BANCORP, INC., ET AL. *v.* BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM ET AL.   C. A. 2d Cir.   [Certiorari granted, 469 U. S. 1105.]   Motions of David F. Bolger Revocable Trust, Bank of New York Co., Inc., New York State Bankers Association, and Alphonse M. D'Amato et al. for leave to file briefs as *amici curiae* granted.

No. 84–433.   SCHOOL COMMITTEE OF THE TOWN OF BURLINGTON, MASSACHUSETTS, ET AL. *v.* DEPARTMENT OF EDUCATION OF MASSACHUSETTS ET AL.   C. A. 1st Cir.   [Certiorari granted, 469 U. S. 1071.]   Motion of Developmental Disabilities Law Center et al. for leave to file a brief as *amici curiae* granted.

No. 84–679.   BATEMAN EICHLER, HILL RICHARDS, INC. *v.* BERNER ET AL.   C. A. 9th Cir.   [Certiorari granted, 469 U. S. 1105.]   Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.   JUSTICE MARSHALL took no part in the consideration or decision of this motion.*

No. 84–870.   LOUISIANA PUBLIC SERVICE COMMISSION ET AL. *v.* SOUTH CENTRAL BELL TELEPHONE CO.   Appeal from C. A. 5th Cir.; and

No. 84–900.   NEW ENGLAND TELEPHONE & TELEGRAPH CO. *v.* PUBLIC UTILITIES COMMISSION OF MAINE ET AL.   C. A. 1st Cir.   The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 84–836.   VASQUEZ, WARDEN *v.* HILLERY.   C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

---

*See also note, *supra,* p. 1025.